

1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (CA Bar No. 226112)
   Jeffrey M. Rosenfeld (CA Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
6
7  Attorneys for Defendant
   ACQUISITION MEDIA, LLC
8
9
10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11
12                       
13
   **JOEL FINK**, an individual;              Case No.
14 **GEORGE MORELAND**, an individual; and   [Santa Clara County Superior Court
   **DANIEL D. BARRET**, an individual,       Case No. 112CV229757]
15
              Plaintiffs,                     **CERTIFICATE OF INTERESTED**
16                                            **ENTITIES OR PERSONS**
       vs.
17                                            **(DIVERSITY)**
18
19 **ACQUISITION MEDIA, LLC**, a limited
   liability company d/b/a
20 100DayLoans.com; and **DOES 1-100**,
21            Defendants.
22
23
24
25
26
27
28

Case No.                                      CERTIFICATE OF INTERESTED ENTITIES
                                              OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

As of this date, other than the named parties, there is no such interest to report.

These representations are made to enable the judges of the Court to evaluate possible disqualification or recusal.

Respectfully Submitted,

DATED: September 26, 2012

KRONENBERGER ROSENFELD, LLP

By: _____
Jeffrey M. Rosenfeld

Attorneys for Defendant

Case No.    1    CERTIFICATE OF INTERESTED ENTITIES OR PERSONS