*E-FILED: November 29, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL FINK, ET AL., | No. C12-05059 HRL |
|     Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| ACQUISITION MEDIA, LLC, ET AL., | |
|     Defendants. | |

Counsel for plaintiffs having failed to appear at the Initial Case Management Conference, counsel for plaintiff shall appear on **December 18, 2012** at 10:00 am in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why plaintiffs should not be sanctioned for their failure to appear. Plaintiffs shall file a Statement in response to this Order to Show Cause no later than December 11, 2012. The Statement shall provide (1) the reason for failing to appear at the conference; (2) the status of Plaintiffs' initial disclosures, including the disclosure of the emails that gave rise to this suit; and (3) the status of any agreement over a protective order to govern disclosures in this case. If Plaintiffs' Statement shows good cause for not awarding sanctions, the Show Cause hearing will be vacated.

**IT IS SO ORDERED.**

Dated: November 29, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C12-05059 HRL Notice will be electronically mailed to:**

2  Jeffrey Michael Rosenfeld:   Jeff@KRInternetlaw.com

3  Karl Stephen Kronenberger:   karl@KRInternetlaw.com, ecf@KRInternetlaw.com

4  Timothy James Walton :   ecf.cand@netatty.com, ecf.cand.uscourts.gov@computercounsel.com

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**