UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   December 18, 2012                                              Time in Court: 3 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Fink et al v. Acquisition Media, LLC et al
**CASE NUMBER**:  5:12-cv-05059-HRL
Plaintiff Attorney present:   Timothy Walton
Defendant Attorney present: Jeff Rosenfeld, via telephone

---

**PROCEEDINGS: Order to Show Cause Hearing**


OSC is discharged.  Parties to meet and confer.